# EXHIBIT 1

# Request for Return

Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction

| REQUESTING CENTRAL AUTHORITY OR APPLICANT | REQUESTED AUTHORITY |
|---|---|
|  |  |

Concerns the following child: **Timothy Adam Lorenz**

who will attain the age of 16 on: **10 June 2025**

Note: The following particulars should be completed insofar as possible.

## I. IDENTITY OF THE CHILD AND ITS PARENTS

1. Child

| | |
|---|---|
| name and first names | Lorenz, Timothy Adam |
| sex | female ☐  male ☒ |
| date and place of birth | 10 June 2009, Southfield, MI, USA |
| nationality | German, US American |
| habitual residence before removal or retention | 97493 Bergrheinfeld, Germany |
| passport or identity card No, if any | E 4516026 (German) 566545175 (USA) |
| description and photo, if possible (see annexes) | 4'9 feet, blue eyes, dark blonde hair, mole next to lip on left side of face |

2. Parents

2.1 Mother

| | |
|---|---|
| name and first names | Lorenz, Cornelia Stefanie |
| date and place of birth | 04. April 1980, 83278 Traunstein, Germany |
| nationality | German, US American |
| occupation | Foreign Study Program Coordinator |
| habitual residence | 97493 Bergrheinfeld, Germany |
| passport or identity card No, if any | CGL2K4C1J (German), 494946838 (USA) |

# Request for Return

Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction

| REQUESTING CENTRAL AUTHORITY OR APPLICANT | REQUESTED AUTHORITY |
|---|---|
|  |  |

Concerns the following child: **Noah Benjamin Lorenz**

who will attain the age of 16 on: **11 January 2027**

Note: The following particulars should be completed insofar as possible.

## I.   IDENTITY OF THE CHILD AND ITS PARENTS

1. Child

| | |
|---|---|
| name and first names | Lorenz, Noah Benjamin |
| sex | female ☐   male ☒ |
| date and place of birth | 11 January 2011, Southfield, MI, USA |
| nationality | German, US American |
| habitual residence before removal or retention | 97493 Bergrheinfeld, Germany |
| passport or identity card No, if any | E 5172879 (German), 545668589 (US American) |
| description and photo, if possible (see annexes) | 4'5 feet, brown eyes, dark blonde hair, wears glasses |

2. Parents

2.1   Mother

| | |
|---|---|
| name and first names | Lorenz, Cornelia Stefanie |
| date and place of birth | 04. April 1980, 83278 Traunstein, Germany |
| nationality | German, US American |
| occupation | Foreign Study Program Coordinator |
| habitual residence | 97493 Bergrheinfeld, Germany |
| passport or identity card No, if any | CGL2K4C1J (German), 494946838 (USA) |

2.2　　Father

| | |
|---|---|
| name and first names | |
| Lorenz, Benjamin Zachary | |
| date and place of birth | |
| 26 June 1974, Wyandotte, MI, USA | |
| nationality | |
| US American | |
| occupation | |
| Engineer | |
| habitual residence | |
| 97493 Bergrheinfeld, Germany | |
| passport or identity card No, if any | |
| 471046031 (Passport valid until 15 July 2020), new passport nubmer not known | |

2.3　　Date and place of marriage

| |
|---|
| 11 August 2000, 83278 Traunstein, Germany |

## II.　　REQUESTING INDIVIDUAL OR INSTITUTION
3.　　(who actually exercised custody before the removal or retention)

| |
|---|
| name and first names |
| Lorenz, Cornelia Stefanie |
| nationality of individual applicant |
| German, US American |
| occupation of individual applicant |
| Foreign Study Program Coordinator |
| address |
| Balthasar-Neumann-Strasse 46, 97493 Bergrheinfeld, Germany |
| passport or identity card No, if any |
| CGL2K4C1J (German), 494946838 (USA) |
| relation to the child |
| Mother |
| name and address of legal adviser, if any |
| Peter Pascual, Hadergasse 11, 97421 Schweinfurt, Germany |

## III.　　PLACE WHERE THE CHILD IS THOUGHT TO BE
4.1　　Information concerning the person alleged to have removed or retained the child

| |
|---|
| name and first names |
| Lorenz, Benjamin Zachary |
| date and place of birth, if known |
| 26 June 1974, Wyandotte, MI, USA |
| nationality, if known |
| US American |
| occupation |
| Engineer |
| last known address |
| 9335 Caprice Drive, Plymouth, MI 48170 |
| passport or identity card No, if any |
| 471046031 (Passport valid until 15 July 2020), new passport nubmer not known |
| description and photo, if possible (see annexes) |
| 5'7 feet, 155 lbs, brown hair, wears glasses, hazel eyes |

4.2   Address of the child

9335 Caprice Drive, Plymouth, MI 48170, USA

4.3   Other persons who might be able to supply additional information relating to the whereabouts of the child

Walter and Susan Lorenz
5463 Daniel Drive
Brighton, MI 48114
Phone: 001-810-360-5052

## IV.   TIME, PLACE, DATE AND CIRCUMSTANCES OF THE WRONGFUL REMOVAL OR RETENTION

The petitioner (mother) consented that the father can travel with the child to the USA for summer vacation to visit relatives in Michigan and Tennessee from July 21 to September 5, 2020 under the condition that the father and child would return on September 5, 2020 as the habitual residence is in Germany and the child is obligated under German law to attend school. On September 5, 2020 the father and child did not return back to Germany and decided to keep the child in the US and register the child for school in Michigan against the will of the mother.
Prior to travelling to the United States, the mother prepared a consent form stating the consent for travel which was given to the father. However, the father intentionally edited the wording, in a way that would not oblige him to return on September 5, 2020, and presented the letter to the mother not pointing out the changes in the letter, hence knowingly deceiving the mother. Both, mother and father signed the edited letter.
The mother never gave consent or would have given consent to the father to stay in the United States with the child longer than Septmber 5, 2020.

## V.   FACTUAL OR LEGAL GROUNDS JUSTIFYING THE REQUEST

1. Timothy Lorenz is a minor under the age of 16
2. Timothy Lorenz's habitual of residence was Bergrheinfeld, Germany prior to wrongful retention
3. The wrongful retention was in breach of custody rights under German law as both parents share custody of the child
4. The petitioner actually was exercising custody rights at the time of wrongful retention
5. Both countries, Germany and the United States of America, are signatories of the Hague Convention

## VI.   CIVIL PROCEEDINGS IN PROGRESS

## VII. CHILD IS TO BE RETURNED TO

a)

| | |
|---|---|
| name and first names | Lorenz, Cornelia Stefanie |
| date and place of birth | 04 April 1980, 83278 Traunstein, Germany |
| address | Balthasar-Neumann-Strasse 46, 97493 Bergrheinfeld, Germany |
| telephone number | +49 174 9675700 |

b) proposed arrangements for return of the child

Mother can pickup child in the USA and return with child to Germany. Mother is ready to appear in court to testify.

## VIII. OTHER REMARKS

## IX. LIST OF DOCUMENTS ATTACHED[1]

1. Residence registration letter Bergrheinfeld
2. Birth certificate (German & US American)
3. Authorization
4. 2018 Legal Assistance Request Form
5. USA Authorization to release case information form
6. Voluntary return letter acknowledgement
7. Color picture of child and father
8. Passport (German & US American)
9. Marriage certificate
10. Letter of consent from mother 15 July 2020, edited letter of consent from father signed 17 July 2020

Date: 09/16/2020
Place: Bergrheinfeld

*Cornelia Lorenz*

Signature and/or stamp of the requesting Central Authority or applicant

---

[1] e. g. Certified copy of the relevant decision or agreement concerning custody or access; certificate or affidavit as to the applicable law; information relating to the social background of the child; authorisation empowering the Central Authority to act on behalf of applicant.