# EXHIBIT A

## Einverständniserklärung für ein mit nur einem Elternteil (Vater) resiende Kinder

Ich, Unterzeichneter Lorenz, Cornelia (Mutter) geboren am 04. April 1980 in Traunstein, Deutschland ermächtige hiermit Herrn Lorenz, Benjamin geboren am 26. Juni 1974 in Wyandotte, Michigan, USA in Begleitung unserer Kinder Lorenz, Timothy geboren am 10. Juni 2009 in Southfield, Michigan, USA und Lorenz, Noah geboren am 11. Januar 2011 in Southfield, Michigan, USA momentan geplant vom 21. Juli 2020 bis 05. September 2020 in die USA alleine zu reisen unter die Voraussetzung, dass die Kinder flexibilität mit der Rückreise haben, zurückzukehren, dass wir immer gesagt haben dass wir in Deutschland und verschieden Ländern wohnen wollen.

Ich, Unterzeichneter, Lorenz, Benjamin stimme hiermit zu, dass die Kinder später oder zum obengenannten Zeitpunkt wieder zu Deutschland zurückkehren werden.

## Consent for children travelling with their father

I, the undersigned Lorenz, Cornelia (mother) born on 4th April 1980 in Traunstein, Germany hereby authorize Mr. Lorenz, Benjamin born on 26th June 1974 in Wyandotte, Michigan, USA to travel alone with our children Lorenz, Timothy born on 10th June2009 in Southfield, Michigan, USA and Lorenz, Noah born on 11. January 2011 in Southfield, Michigan, USA to the United States of America as planned from 21st July 2020 to 05th September 2020 under the condition that the return date remains flexible due to the fact that we always agreed to live in different countries.

I, the undersigned, Lorenz, Benjamin hereby agree to return with the children to Germany after or on the above-mentioned date.

17. 07. 2020 Bergrheinfeld

Datum, Ort – Date, Place

Cornelia Lorenz

Unterschrift Mutter – Signature mother

Benjamin Lorenz

Unterschrift Vater – Signature father