UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELIA LORENZ,

            Petitioner,

v.

BENJAMIN LORENZ,

            Respondent.

_____/

Case No. 20-cv-13128

Paul D. Borman
United States District Judge

Kimberly G. Altman
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE ALTMAN'S MAY 11, 2021 REPORT AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS (ECF NO. 16)

On May 11, 2021, Magistrate Judge Kimberly G. Altman issued a Report and Recommendation to deny Respondent Benjamin Lorenz's Motion to Dismiss. (ECF No. 16, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Altman's May 11, 2021 Report and Recommendation (ECF No. 16) is ADOPTED; and

(2) Respondent's Motion to Dismiss (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated: June 2, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge