UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELIA LORENZ,

        Petitioner,

v.

BENJAMIN LORENZ,

        Respondent.

_____/

Case No. 20-cv-13128

Paul D. Borman
United States District Judge

Kimberly G. Altman
United States Magistrate Judge

### ORDER
### (1) ADOPTING MAGISTRATE JUDGE KIMBERLY G. ALTMAN'S JULY 29, 2021 REPORT AND RECOMMENDATION (ECF NO. 32);
### (2) DENYING PETITIONER'S MOTION TO WAIVE AFFIRMATIVE DEFENSES AND TO PROHIBIT THE CHILDREN FROM BEING INTERVIEWED (ECF NO. 24); AND
### (3) DENYING RESPONDENT'S REQUEST FOR ATTORNEY FEES (ECF NO. 29)

On July 29, 2021, Magistrate Judge Kimberly G. Altman issued a Report and Recommendation to deny Petitioner's Motion to Waive Affirmative Defenses and to Prohibit the Children From Being Interviewed (ECF No. 24) and to Deny Respondent's request for attorney fees (ECF No. 29). (ECF No. 32, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Altman's July 29, 2021 Report and Recommendation (ECF No. 32) is ADOPTED;

(2) Petitioner's Motion to Waive Affirmative Defenses and to Prohibit the Children From Being Interviewed (ECF No. 24) is DENIED; and

(3) Respondents Request for Attorney Fees (ECF No. 29) is DENIED.

IT IS SO ORDERED.

Dated: August 13, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge